AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

2007 SEP 19  AM 11: 53

UNITED STATES OF AMERICA

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)

CASE NUMBER:   3:03-cr-262-J-20HTS
USM NUMBER:   30274-018

v.

DAVINIAN DARNELL WILLIAMS

Defendant's Attorney:   Lynn Palmer Bailey (pda)

## THE DEFENDANT:

___X___ admitted guilt to violation of charge number(s) __One through Eleven__ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to submit written monthly reports. | January 2007 |
| Two | Failure to follow the instructions of the probation officer. | December 21, 2006 |
| Three | Failure to notify the probation officer of a change of residence. | January 1, 2007 |
| Four | Failure to notify the probation officer of a change in employment. | December 22, 2006 |
| Five | Positive urinalysis for marijuana. | July 31, 2006 |
| Six | Failure to submit to a urinalysis tests. | January 29, 2007 |
| Seven | Failure to make restitution. | February 2007 |
| Eight | Failure to participate in drug aftercare. | January 29, 2007 |
| Nine | New criminal conduct occurring while on supervision. | August 3, 2007 |
| Ten | New criminal conduct occurring while on supervision. | August 3, 2007 |
| Eleven | New criminal conduct occurring while on supervision. | August 3, 2007 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence:  September 19, 2007

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

DATE:  September 19, 2007

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

| | |
|---|---|
| Defendant:  **DAVINIAN DARNELL WILLIAMS** | Judgment - Page _2_ of _2_ |
| Case No.:    3:03-cr-262-J-20HTS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  **24 months.**

___X___  The Court makes the following recommendations to the Bureau of Prisons:  **FCI Jesup, GA.**

___X___  The defendant is remanded to the custody of the United States Marshal.

_____  The defendant shall surrender to the United States Marshal for this district:

_____  at _____ a.m.   p.m.   on _____.

_____  as notified by the United States Marshal.

_____  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

_____  before 2 p.m. on _____.

_____  as notified by the United States Marshal.

_____  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL